MAR 03 2003 11:06 FR USMS-BRIDGEPORT CT    203 579 5612 TO USMS-NH          P.04/05
Case 3:02-mc-00314-HBF   Document 1   Filed 07/19/2004   Page 1 of 2

3·02 mc 314 (HBF)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, WILLIARD-CYBULSKI CORRECTIONAL CENTER, ENFIELD, CONNECTICUT, THE FEDERAL BUREAU OF INVESTIGATION AND THE DRUG ENFORCEMENT ADMINISTRATION FOR THE DISTRICT OF CONNECTICUT,
G R E E T I N G S:

You are hereby commanded to turn over to Special Agents of the FBI and the DEA for the District of Connecticut, or any of his proper deputies, the body of **James Earl Jones, a/k/a "James Sullivan", a/k/a "Puddin"**, now detained under your custody as it is said, under safe and secure conduct, so that Special Agents of the FBI and the DEA, may interview said person in connection with an on-going investigation on Monday, September 23, 2002, at 10:00 A.M., and from time to time thereafter, Special Agents of the FBI and the DEA are to keep and maintain the said person in federal custody until such time as he may be returned to the custody of the Williard-Cybulski Correctional Center.

KEVIN F. ROWE
CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed.  Dated at Bridgeport, Connecticut, this 20 day of September, 2002.

DEPUTY CLERK

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

3

**RETURN**

Defendant delivered on
9/23/02   to   Fed Courthouse
at   Bridgeport   CT                    FILED
     John F Bardelli
     United States Marshal    JUL 19  2 52 PM '04

by   _____          U.S. DISTRICT COURT
          Deputy                NEW HAVEN, CONN

          WRIT SATISFIED.